*James M. Ralls*, assistant state's attorney, in opposition.

Decided April 19, 2002

## BRIAN WITTMAN *v.* ELLEN KRAFICK

The defendant's petition for certification for appeal from the Appellate Court, 67 Conn. App. 415 (AC 21027), is denied.

*Ellen Krafick*, pro se, in support of the petition.

Decided April 19, 2002

## STATE OF CONNECTICUT *v.* RODERICK DUDLEY

The defendant's petition for certification for appeal from the Appellate Court, 68 Conn. App. 405 (AC 19701), is denied.

NORCOTT and KATZ, Js., did not participate in the consideration or decision of this petition.

*G. Douglas Nash*, public defender, in support of the petition.

*John A. East III*, assistant state's attorney, in opposition.

Decided April 19, 2002

## IN RE STEVEN M.

The petition for certification by the commissioner of children and families for appeal from the Appellate Court, 68 Conn. App. 427 (AC 20866), is granted, limited to the following issues: